AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

Room 309 Johnston Motor Lodge, 2750 Hartford Ave, Johnston, RI

**SEARCH WARRANT**

CASE NUMBER: 1:08-MJ-92M

TO: Any auathorized Agent of U.S. Marshal's Office and any Authorized Officer of the United States

Affidavit(s) having been made before me by Supervisory Deputy Charles J. Wyant who has reason to
Affiant

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)
Room 309 Johnston Motor Lodge, 2750 Hartford Avenue, Johnston, Rhode Island

in the ______ District of RHODE ISLAND there is now concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT C

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 6-15-08
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (~~in the daytime--6:00 A.M. to 10:00 P.M.~~) (at any time in the day or night as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to DAVID L. MARTIN
U.S. Judge or Magistrate
as required by law.

6-6-08 5:23 PM at Providence, Rhode Island
Date and Time Issued — City and State

DAVID L. MARTIN, US Magistrate Judge
Name and Title of Judicial Officer

David L. Martin
Signature of Judicial Officer

Attest to True Copy
DAVID A. DIMARZIO
By [signature] Deputy Clerk

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/6/08 | 6/7/08 1200 hrs | Tom McGowen |

INVENTORY MADE IN THE PRESENCE OF
Dusm Michael Wattik / Tom McGowan

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached sheet of inventory

FILED
2008 JUN 16 P 2:20
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

[signature]

Subcribed, sworn to, and returned before me this date.

[signature] 6-16-08

U.S. Judge or Magistrate — Date

ATTACHMENT C

(1) a blue and beige duffle or sports bag bearing manufacturer name "Protege" with outside pockets approximately two to three feet long and bearing a tag with Mr. Leonard Roupe's name and telephone number 315-286-0518,

(2) a carrying bag located on the floor behind the motel room door and containing, among other things, a green sleeping bag,

(3) a small black bag approximately one-foot long bearing manufacturer name "MCI" located on top of the aforementioned Protege bag, and

(4) a black canvas suitcase with wheels and a pull-out handle bearing manufacturer name "Wilson" and bearing a tag with Mr. Leonard Roupe's name and telephone number 315-286-0518

ROOM 309

| Quantity | ITEM DESCRIPTION |
|---|---|
| | The following items were removed from the black "Wilson" bag |
| 1 | Envelope addressed to Leo Roupe dated 12/14/07 from the PA Division of Vital Records |
| 1 | page one-PA DEPT of Health (ACCT-photo ID REV 11-05) dated 12/4/07 |
| 1 | page two-statement from requestors not possessing an... |
| 1 | page three-application of certified copy of birth record |
| 1 | letter-to whom it may concern "I would lke to get a copy of my birth certificate thank you. Leonard Roupe |
| 1 | PA Dept of Health dated 11/19/07 |
| 1 | letter, name of Leonard Francis Roupe JR with date of birth |
| 1 | receipt from Shell Shoemaker's T\S Lincoln, NE dated 7/17/17 |
| 1 | receipt from ONCUE Express, Perry, OK dated 7/16/07 |
| 1 | receipt from Cenex C-Store, Harwood,ND dated 7/18/07 |
| 1 | receipt from Shell Lincoln, NE dated 7/17/07 |
| 1 | receipt from Murphy USA Lampass, TX dated 7/16/07 |
| 1 | receipt from Stop-n-Go from Fargo ND dated 7/18/07 |
| 1 | receipt from the Sportsman, Sanger, TX dated 7/16/07 |
| 1 | receipt from Kaps, Mcpherson, KS dated 7/17/07 |
| 1 | receipt from Flying J, Sioux Falls, SD dated 7/17/07 |
| | the following items were removed from the blue and beige bag |
| 1 | photo ID Powers Great American Midways Leo Roupe, Paul's Conc 2007 |
| 1 | photo ID #160577, Leo Roupe, T. McGoveren |
| 1 | photo ID, Lowery Carnival Co INC #0577, 2007 |
| 1 | photo ID Wade Shows 2008, Leo Roupe PCI 915 |
| 1 | receipt from WALMART west palm beach Florida dated 2/03/08 |
| 1 | brown notebook approximately 10" x 6" |
| 1 | lose piece of paper "Taxi Nick 919 633 4929 |
| 1 | lose piece of paper w/numbers & names (paper has written on it) Your room # is 143 |
| 1 | black notebook approximately 10" x 6" |
| 1 | receipt from WALMART Rock Hill SC dated 3/03/08 1615 hrs |
| 1 | receipt from WALMART Rock Hill SC dated 3/03/08 2228 hrs |
| 1 | Composition book (blue) |
| 1 | 1 subject notebook (black and white pattern |

1 composition book (green and white pattern
3 lose sheets torn from a magazine
2 photo albums with numerous photos
1 picture of dog in frame (4" x 4") written on back "To: Leo From" Kasie Skloss and Robyn Parsley"
1 picture of of tiger head in frame (4" x 4") written on back "To: Leo thank u for being so greatefull to us
From: Robyn and Kasie Skloss"